[No. 6001-9-II.   Division Two.   March 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY
R. PELLETIER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 816207, David R. Draper, J., entered
November 23, 1981. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 11335-6-I.   Division One.   March 18, 1985.]

POWER SERVICES CO., ET AL, *Respondents,* v. LLOYD
MORGAN, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for King
County, No. 80-2-04275-1, Nancy A. Holman, J., entered
February 5, 1982, and March 21, 1983. *Affirmed* by unpub-
lished opinion per Ringold, J., concurred in by Scholfield,
A.C.J., and Grosse, J.

[No. 13834-1-I.   Division One.   March 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82-1-00305-5, Dennis J. Britt, J.,
entered October 11, 1983. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Coleman and Webster, JJ.

[No. 11420-4-I.   Division One.   March 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02209-6, Frank L. Sullivan, J., entered
February 3, 1982. *Reversed* and *remanded* by unpublished
opinion per Williams, J., concurred in by Corbett, C.J.